UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **NATHAN L. MAESTAS SR.,** | ) | NO. EDCV 09-487-MAN |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATED: August 10, 2010

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE